K&L GATES LLP
Peter G. Rush (admitted *pro hac vice*)
Joseph C. Wylie II (admitted *pro hac vice*)
Christopher J. Kondon (SBN 172339)
10100 Santa Monica Boulevard, Seventh Floor
Los Angeles, California 90067
Telephone:    310.552.5000
Facsimile:    310.552.5001
Email:    peter.rush@klgates.com
    joseph.wylie@klgates.com
    christopher.kondon@klgates.com

Attorneys for Relativity Media, LLC, Relativity Media Holdings I LLC, Beverly Blvd LLC and Lord Securities Corporation

**FILED & ENTERED**

**FEB 17 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| ARAMID ENTERTAINMENT FUND LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, et al., <br><br> Defendants. | Adv. Pro. No. 8:15-ap-01007-SC <br><br> **ORDER TO DISMISS CROSS-COMPLAINT** |
| RELATIVITY MEDIA HOLDINGS I LLC, et al., <br><br> Cross-Claimants, <br><br> v. <br><br> SCREEN CAPITAL INTERNATIONAL CORP., et al., <br><br> Cross-Defendants. | |

1

1   After considering the Joint Stipulation to Dismiss Cross-Complaint submitted by Cross-Plaintiffs Relativity Media Holdings I LLC and Beverly Blvd LLC, and Cross-Defendants Aramid Entertainment Fund Limited, Aramid Grantor Trust, Aramid Capital Partners, LLP, and Screen Capital International Corp., the Court ORDERS that the Cross-Complaint is dismissed, WITH PREJUDICE, with all parties to bear their own costs.

###

Date: February 17, 2015

Scott C. Clarkson
United States Bankruptcy Judge

2