IRELL & MANELLA LLP
Jeffrey M. Reisner (143715)
Michael H. Strub, Jr. (153828)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:    (949) 760-0991
Facsimile:    (949) 760-5200

Attorneys for Aramid Entertainment Fund
Limited and Aramid Grantor Trust

**FILED & ENTERED**

**FEB 17 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** nbolte    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| ARAMID ENTERTAINMENT FUND LIMITED, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>FORTRESS INVESTMENT GROUP LLC, et al.,<br><br>     Defendants.<br><br>RELATIVITY MEDIA HOLDINGS I LLC, et al.,<br><br>     Cross-Claimants,<br><br>  v.<br><br>SCREEN CAPITAL INTERNATIONAL CORP., et al.,<br><br>     Cross-Defendants. | Adv. Pro. No. 8:15-ap-01007-SC<br><br>**ORDER TO DISMISS FIRST AMENDED COMPLAINT SOLELY AS TO RELATIVITY PARTIES** |

1

After considering the Joint Stipulation to Dismiss First Amended Complaint Solely as to Relativity Parties submitted by Plaintiffs Aramid Entertainment Fund Limited and Aramid Grantor Trust, and Defendants Relativity Media LLC, Relativity Media Holdings I LLC, Beverly Blvd LLC, and Lord Securities Corporation (collectively the "Relativity Parties"), the Court ORDERS that the First Amended Complaint is dismissed solely as to the Relativity Parties, WITH PREJUDICE, with all parties to bear their own costs.

### 

Date: February 17, 2015

Scott C. Clarkson
United States Bankruptcy Judge