**Howard J. Rubinroit, SBN 49742**
hrubinroit@sidley.com
**Bridget S. Johnsen, SBN 210778**
bjohnsen@sidley.com
**Christina M. Craige, SBN 251103**
ccraige@sidley.com
**Shawn C. Luna, SBN 266526**
Sluna@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California 90013**
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**FILED & ENTERED**

**FEB 17 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY nbolte    DEPUTY CLERK**

**Attorneys for Defendants**
**FORTRESS INVESTMENT GROUP LLC and**
**CF FILM FINANCE AB LLC**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ARAMID ENTERTAINMENT FUND LIMITED, *et al.*,<br><br>Debtors.<br>_____<br><br>ARAMID ENTERTAINMENT FUND LIMITED, a Cayman Islands Company; and ARAMID GRANTOR TRUST, a Delaware Statutory Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORTRESS INVESTMENT GROUP LLC, a Delaware Limited Liability Company; CF FILM FINANCE AB LLC, a Delaware Limited Liability Company; RELATIVITY MEDIA, LLC, a California Limited Liability Company; RELATIVITY MEDIA HOLDINGS I LLC, a Delaware Limited Liability Company; BEVERLY BLVD LLC, a Delaware Limited Liability Company; LORD SECURITIES CORPORATION, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.   14-11802 (Bankr. SDNY)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br>Adversary No. 8:15-ap-01007-SC<br><br>California State Court Case No. BC 478589<br><br>**ORDER APPROVING JOINT STIPULATION RE: REMAND TO STATE COURT**<br><br>**Hearing Date:   February 19, 2015**<br>**Hearing Time:   2:00 p.m.**<br>**Location:        Courtroom 5C**<br>                      **411 W. Fourth Street**<br>                      **Santa Ana, CA 92701** |

ACTIVE 205981096

| | |
|---|---|
| 1 | RELATIVITY MEDIA HOLDINGS I LLC, a Delaware Limited Liability Company; and |
| 2 | BEVERLY BLVD LLC, a Delaware Limited Liability Company, |
| 3 | |
| 4 | Cross-Complainants, |
| 5 | v. |
| 6 | SCREEN CAPITAL INTERNATIONAL CORP., a California Corporation; ARAMID CAPITAL PARTNERS, a business entity |
| 7 | organized under the laws of the United Kingdom; ARAMID ENTERTAINMENT |
| 8 | FUND LIMITED, a Cayman Islands Company; ARAMID GRANTOR TRUST, a Delaware |
| 9 | Statutory Trust; and ROES 100 through 200, inclusive, |
| 10 | |
| 11 | Cross-Defendants. |

The Court, having considered that certain Joint Stipulation re: Remand to State Court [Adv. Pro. Doc. No. 72] (the "<u>Stipulation</u>") entered into by and among the Aramid Parties[1] and the Fortress Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. The February 19, 2015 hearing is vacated.

2. The above-captioned action is hereby remanded to the California Superior Court for the County of Los Angeles (California State Court Case No. BC 478589).

### 

Date: February 17, 2015

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Stipulation.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING JOINT STIPULATION RE: REMAND TO STATE COURT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 17, 2015, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- **Christina M Craige**    ccraige@sidley.com
- **Christopher J Kondon**    christopher.kondon@klgates.com, klgatesbankruptcy@klgates.com
- **Shawn C Luna**    sluna@sidley.com
- **Jeffrey M. Reisner**    jreisner@irell.com, mstrub@irell.com,dallender@irell.com,jmanzano@irell.com,lgauthier@irell.com
- **Michael H Strub**    mstrub@irell.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Certified copy mailed to:**

California Superior Court
Stanley Mosk Courthouse
Department 30
111 North Hill Street
Los Angeles, CA 90012

☐ Service information continued on attached page